IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO:   MO:19-CR-00166 (01) |
| § | |
| GILBERT GARZA, JR. § | |

### ORDER

Before the Court is the Defendant's Motion for Reconsideration of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 66) filed November 25, 2020, and the Government's Response to the Defendant's Motion for Reconsideration of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 68) filed January 11, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Reconsideration of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 66) is **DENIED.**

It is so **ORDERED**.

SIGNED this 12th day of January, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE